# Exhibit 8



**Financial Industry Regulatory Authority**

# FINRA Office of Dispute Resolution

## ORDER

**Case Number:** 17-01765

**Case Name:** Scottsdale Capital Advisors, Corp. v. Eric Miller

**Issues Addressed:** (i.e., name of motion or request, by which party)
1. Wilson-Davis witness testimony.
2. FINRA witness testimony.
3. Miller's deposition transcript.
4. Protective Order

**Pre-Hearing Conference Held?**   (●) Yes   ( ) No

Date/Time: May 7, 2018 (at arb hrng)

Participating in the conference were:

Chairperson: Steven Guttell

Panelist: Deana Peck

Panelist: Kenneth Johnston

#1 Claimant's Representative: Jordan Sussman, Esq.

#2 Claimant's Representative: _____

#1 Respondent's Representative: Advised FINRA that he would not appear

#2 Respondent's Representative: _____

FINRA Dispute Resolution Staff: _____

**Decided by:** ( ) Chairperson   Panel (●)

**Rulings:**[1]

After considering the pleadings submitted by the ~~parties~~ *Claimant* (and oral argument~~s, if pre-hearing conference held~~), the Panel/~~Chairperson~~ rules as follows:

---

[1] If more space is needed, add additional pages.

1.

   Please see the attached two page Order.

2.

3.

The parties should comply with this order by (date): Within a reasonable time

If the parties settle this matter prior to the hearing, the forum fees for this pre-hearing conference (or discovery-related motion decided without a pre-hearing conference) are assessed as follows:

_____ % to Claimant(s), jointly and severally
_____ % to Respondent(s), jointly and severally
_____ % assessed to     N/A
_____ % assessed to
_____ % assessed to
_____ % assessed to

X _____           Date: May 8, 2018
Chairperson,
On behalf of the Arbitration Panel

FINRA Case No. 17-01765; Scottsdale Capital Advisors, Corp. v. Eric Miller

**ORDER**: May 8, 2018.

Wilson-Davis witness testimony:

Counsel for Claimant shall communicate with counsel for Wilson-Davis regarding the scheduling of a witness, and from where the witness will testify (Salt Lake City or the Phoenix metro area).

1. If the witness appears in the Phoenix metro area, Claimant's counsel shall notify FINRA in order that it can set the date and location for the receipt of the witness's testimony.
2. If the witness appears in Salt Lake City, counsel for Claimant shall make arrangements (whether through FINRA or otherwise as appropriate) for a video facility to be made available in order for the panel to observe the examination of the witness in real time in the Phoenix metro area. Counsel for Claimant shall assure that the panel has copies of any documents intended to be produced into evidence in advance of the in-person video testimony. Claimant's counsel shall notify FINRA in order that it can set the date and location for the receipt of the witness's testimony.

FINRA witness testimony:

1. The request to have a FINRA representative testify was addressed in the Chair's Order of May 1, 2018.
2. Claimant submitted sufficient evidence for the panel to make a determination concerning Miller's liability, if any, with regard to his communications about Claimant to FINRA.
3. The panel holds that there is a broad investigatory privilege and that the privilege applies here.
4. The panel further holds that it will restrict the testimony of the FINRA witness to only communications between FINRA and Miller relating to Claimant.
5. Claimant's counsel shall notify FINRA in order that it can set the date and location for the receipt of the witness's testimony in the Phoenix metro area.

Miller's deposition transcript:

1. Claimant shall upload Miller's deposition transcript to the FINRA portal;
2. Claimant shall provide FINRA with three courtesy hard copies of the deposition, and;
3. FINRA is directed to send a courtesy copy of the transcript to each panel member.

Protective Order:

Claimant's counsel shall prepare a protective order for the chair's signature that will allow the exhibits and other related information/materials to be provided to FINRA when the record is submitted to FINRA, in the ordinary course, at the conclusion of the panel's consideration of this matter.