# Exhibit 11



132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212 · 424.203.1600

488 MADISON AVENUE, EIGHTEENTH FLOOR
NEW YORK, NY 10022 · 212.799.1400

WWW.HARDERLLP.COM

June 7, 2018

**VIA PERSONAL DELIVERY**

Financial Industry Regulatory Authority, Inc.
1735 K Street, NW
Washington, DC 20006
Attn. Terri Reicher, Esq.

    Re:    **Order Compelling FINRA's Compliance With Subpoena**
                  *Scottsdale Capital Advisors v. Eric Miller*
                  **FINRA Arbitration Case No. 17-01765**

Dear Ms. Reicher:

    I have now attempted on two separate occasions to meet and confer with you regarding the Arbitration Panel's Order against FINRA (enclosed herewith), and you have failed and refused to respond.

    Unless you contact me by the end of the day on **June 11, 2018**, we will note FINRA's failure and refusal to meet and confer in good faith in our Motion to Compel Compliance and Request for Sanctions that we will be filing forthwith.

                                Very truly yours,

                                JORDAN SUSMAN Of
                                **HARDER LLP**

{00092672;1}