1  Charles J. Harder (*pro hac vice* to be filed)
   Dilan A. Esper (*pro hac vice* to be filed)
2  Jordan Susman (*pro hac vice* to be filed)
   HARDER LLP
3  132 S. Rodeo Drive, Fourth Floor
   Beverly Hills, California 90067
4  Telephone: (424) 203-1600
   E-mail: CHarder@harderllp.com
5          DEsper@harderllp.com
           JSusman@harderllp.com
6
7  Attorneys for Petitioner Scottsdale Capital
   Advisors, Inc.
8
9
                    IN THE UNITED STATES DISTRICT COURT
10
                        FOR THE DISTRICT OF ARIZONA
11
12
13  *In re Matter of:*                      Case No.

14  Scottsdale Capital Advisors, Inc. an    **DECLARATION OF JORDAN**
    Arizona corporation,                    **SUSMAN IN SUPPORT OF**
15                                          **MOTION TO ENFORCE**
                      Claimant,             **SUBPOENA IN ARBITRATION &**
16       v.                                 **REQUEST FOR CONTEMPT**
                                            **SANCTIONS**
17  Eric Miller,
18                    Respondent.

19  FINRA Arbitration no.: 17-01765

20
21  Scottsdale Capital Advisors, Inc. an
    Arizona corporation,
22
                      Petitioner,
23       v.

24  Financial Industry Regulatory Authority,
    Inc.,
25                    Respondent.

26
27
28
   {00092809;1}

4813-5331-3371

I, JORDAN SUSMAN, declare:

1. I am an attorney duly licensed to practice law in the State of California and am an attorney at the law firm of Harder LLP, attorneys of record for Petitioner Scottsdale Capital Advisors, Corp. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. I expended at least 4.5 hours preparing the Motion to Compel FINRA's Compliance with Subpoena that was filed with the Arizona Arbitration Panel on April 25, 2018.

3. I expended at least 6 hours preparing the instant Motion to Compel Compliance.

4. I expect to spend an additional 6 hours, reviewing FINRA's opposition to this Motion to Compel Compliance, and preparing SCA's Reply brief.

5. My billing rate on this matter is $550 per hour. SCA therefore will incur $9,075 in fees preparing for and traveling to Miller's deposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 14, 2018 in Los Angeles, California.

                                                                             */s/ Jordan Susman*_____
                                                                             JORDAN SUSMAN