# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Capital Advisors Incorporated,<br><br>          Plaintiff,<br><br>v.<br><br>Financial Industry Regulatory Authority Incorporated,<br><br>          Defendant. | No. MC-18-00035-PHX-DJH<br><br>**ORDER** |

This matter having recently come before the Court,

**IT IS ORDERED** that Defendant shall have to and including **June 22, 2018** to file a Response to the Motion to Enforce the Subpoena (Doc. 1). No Reply will be permitted.

**IT IS FURTHER ORDERED that Plaintiff shall serve copies of this Order and the Motion to Enforce the Subpoena (Doc. 1) upon Defendant and file notice of such service.**

**Dated** this 15th day of June, 2018.

Honorable Diane J. Humetewa
United States District Judge