# EXHIBIT A

Gregory A. Davis (No. 025976) gregory.davis@squirepb.com
Gregory Schneider (No. 029660) gregory.schneider@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Attorneys for Defendant Financial Industry Regulatory Authority, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Capital Advisors Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Financial Industry Regulatory Authority, Inc.,<br><br>Defendant. | Case No. MC-18-00035-PHX-DJH<br><br>**DECLARATION OF MARCIA E. ASQUITH IN SUPPORT OF FINRA'S RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE SUBPOENA IN ARBITRATION AND REQUEST FOR CONTEMPT SANCTIONS** |

I, Marcia E. Asquith, declare as follows:

1. I am over the age of 18 years and am in all respects competent to make this declaration. All facts stated herein are based upon my personal knowledge. If called upon to testify, I could and would competently testify to the facts set forth herein.

2. I am the Executive Vice President and Corporate Secretary of Financial Industry Regulatory, Inc. ("FINRA").

3. FINRA is a private, not-for-profit Delaware corporation and self-regulatory organization ("SRO") that, subject to oversight by the Securities and Exchange Commission ("SEC"), determines the qualifications of broker-dealer firms and individual stockbrokers seeking to enter the industry, imposes binding rules that govern FINRA

- 1 -

members, and "enforce[s] compliance by its members" with those same rules and regulations.

4. FINRA's principal place of business is Washington, D.C.

5. FINRA has 16 offices throughout the United States, none of which are in Arizona.

6. FINRA employs approximately 3,600 people, none of which work principally in Arizona.

7. There are 71 hearing venues at which FINRA members may arbitrate disputes. Only one of those venues is in Arizona, and it is at a location that is not owned by FINRA.

8. Approximately 3,700 broker-dealer firms are currently under FINRA's supervision. Only 29 of those firms ($\approx 0.8\%$) are headquartered in Arizona.

9. FINRA has no mailing address or telephone numbers in Arizona.

10. FINRA owns no real estate in Arizona.

11. No FINRA employee that communicated with Eric Miller regarding Scottsdale Capital Advisors Incorporated resides, is employed, or regularly transacts business in person within 100 miles of Scottsdale or in the state of Arizona.

I declare under penalty of perjury that the following is true and correct.

Executed this 21st day of June, 2018.

_____
Marcia E. Asquith