# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Capital Advisors Incorporated, | No. MC-18-00035-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Financial Industry Regulatory Authority Incorporated, | |
| Defendant. | |

I hereby recuse myself from the above-captioned matter and refer this case to the Clerk of Court to be reassigned, by random lot, to another judge in the District of Arizona.

Therefore,

**IT IS ORDERED** that this matter has been reassigned by the Clerk of Court, by random lot, to the **Honorable G. Murray Snow, United States District Judge**. All future pleadings and papers submitted for filing shall bear the following complete case number: MC-18-00035-PHX-**GMS**.

**Dated** this 25th day of June, 2018.

Honorable Diane J. Humetewa
United States District Judge

cc: Judge Snow