Charles J. Harder  (*pro hac vice* to be filed)
Dilan A. Esper (*pro hac vice* to be filed)
Jordan Susman (*pro hac vice* to be filed)
HARDER LLP.
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone:  (424) 203-1600
E-mail:  CHarder@harderllp.com
          DEsper@harderllp.com
          JSusman@harderllp.com

Attorneys for Petitioner Scottsdale Capital
Advisors, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| *In re Matter of:* | Case No. MC-18-00035-PHX-GMS |
| Scottsdale Capital Advisors, Inc., an Arizona corporation, | **DECLARATION OF JORDAN SUSMAN IN SUPPORT OF REPLY OF SCOTTSDALE CAPITAL ADVISORS, INC. IN SUPPORT OF MOTION TO ENFORCE SUBPOENA IN ARBITRATION & REQUEST FOR CONTEMPT SANCTIONS** |
| Claimant, | |
| v. | |
| Eric Miller, | |
| Respondent. | |
| FINRA Arbitration no.: 17-01765 | |
| Scottsdale Capital Advisors, Inc., an Arizona corporation, | |
| Petitioner, | |
| v. | |
| Financial Industry Regulatory Authority, Inc., | |
| Respondent. | |

-1-

DECLARATION OF JORDAN SUSMAN

I, Jordan Susman, hereby declare as follows:

1.      I am an attorney duly licensed to practice in the State of California.  I am Of Counsel of the law firm of Harder LLP, attorneys of record for Petitioner Scottsdale Capital Advisors, Inc. ("SCA").  I make this declaration in support of SCA's Reply In Support of SCA's Motion to Enforce Subpoena in Arbitration and Request for Contempt Sanctions.  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a printout of the "Entity Details" for defendant **Financial Industry Regulatory Authority, Inc.** available on the Arizona Corporation Commission website, which was located at the URL address reflected on the exhibit on the date reflected on the exhibit. Under my supervision and personal direction, a colleague at my firm accessed the Arizona Corporation Commission website, and conducted a search for "Financial Industry Regulatory Authority, Inc." which resulted in the results reflected in the printout attached hereto as Exhibit 1 on the date reflected in the exhibit (June 26, 2018).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a printout of the "Entity Details" for **FINRA Regulation, Inc.** available on the Arizona Corporation Commission website, which was located at the URL address reflected on the exhibit on the date reflected on the exhibit. Under my supervision and personal direction, a colleague at my firm accessed the Arizona Corporation Commission website, and conducted a search for "FINRA Regulation, Inc." which resulted in the results reflected in the printout attached hereto as Exhibit 2 on the date reflected in the exhibit (June 28, 2018).

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on June 28, 2018 in Beverly Hills, California.

*/s/ Jordan Susman*
JORDAN SUSMAN

DECLARATION OF JORDAN SUSMAN