**Exhibit 1**

# Arizona Corporation Commission Corporations Division Website Entity Detail. http://ecorp.azcc.gov/

## Entity Details

| | | | |
|---|---|---|---|
| Entity Name: | FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | Entity ID: | F00468228 |
| Entity Type: | Foreign Nonprofit Corporation | Entity Status: | **Active** |
| Formation Date: | 2/25/1991 | Reason for Status: | In Good Standing |
| Approval Date: | 2/25/1991 | Status Date: | |
| Original Incorporation Date: | 2/25/1991 | Life Period: | Perpetual |
| Business Type: | SECURITIES INDUSTRY REGULATION - OVERSEEING SECURITIES FIRMS | Last Annual Report Filed: | 2018 |
| Domicile State: | DE | Annual Report Due Date: | 4/25/2019 |
| Years Due: | | | |
| Origninal Publish Date: | 3/28/1991 | | |

## Statutory Agent Information

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | Appointed Status: | Active |
| Address: | 2338 W ROYAL PALM ROAD STE J , PHOENIX, AZ 85021, USA | Agent Last Updated: | 1/21/2015 |
| E-mail: | regagentapproval@cscglobal.co | Mailing Address: | |
| County: | | | |

## Principal Information

| Title | Name | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| Chairman of the Board of Directors | WILLIAM H HEYMAN | 485 LEXINGTON AVENUE, NEW YORK, NY, 10006, USA | 12/31/9999 | 4/25/2018 |
| Director | LUIS M VICEIRA | HARVARD BUSINESS SCHOOL BAKER LIBRARY 367, BOSTON, MA, 02163, USA | 12/31/9999 | 4/25/2018 |

Arizona Corporation Commission

Page 1 of 2

6/26/2018 1:30:27 PM

# Arizona Corporation Commission Corporations Division
# Website Entity Detail. http://ecorp.azcc.gov/

| | | | | |
|---|---|---|---|---|
| Director | BRIAN J KOVACK ESQ | 6451 N FEDERAL HWY STE 1201, FORT LAUDERDALE, FL, 33308, USA | 12/31/9999 | 4/25/2018 |
| Director | CHARLES I PLOSSER | 9 LAUREL OAK RD, AMELIA ISLAND, FL, 32034, USA | 12/31/9999 | 4/25/2018 |
| Director | JOSHUA S LEVINE | 315 W 36TH ST 10TH FL, NEW YORK, NY, 10018, USA | 12/31/9999 | 4/25/2018 |

**Entity Known Place of Business**

| Address: | 2338 W ROYAL PALM RD STE J, PHOENIX, AZ, 85021, USA | County: | Maricopa | Last Updated: | 4/25/2018 |
|---|---|---|---|---|---|

**Entity Principal Office Address**

| Address: | 1735 K STREET, NW, WASHINGTON, DC, 20006, USA | County: | Maricopa | Last Updated: | |
|---|---|---|---|---|---|