# Exhibit 2

# Arizona Corporation Commission Corporations Division Website Entity Detail. http://ecorp.azcc.gov/

## Entity Details

| | | | |
|---|---|---|---|
| Entity Name: | FINRA REGULATION, INC. | Entity ID: | F07940784 |
| Entity Type: | Foreign Nonprofit Corporation | Entity Status: | **Active** |
| Formation Date: | 12/10/1996 | Reason for Status: | In Good Standing |
| Approval Date: | 12/10/1996 | Status Date: | |
| Original Incorporation Date: | 12/10/1996 | Life Period: | Perpetual |
| Business Type: | SECURITIES INDUSTRY REGULATION 501 (C) (6) | Last Annual Report Filed: | 2018 |
| Domicile State: | DE | Annual Report Due Date: | 2/10/2019 |
| Years Due: | | | |
| Originial Publish Date: | 1/7/1997 | | |

## Statutory Agent Information

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | Appointed Status: | Active |
| Address: | 2338 W ROYAL PALM ROAD STE J , PHOENIX, AZ 85021, USA | Agent Last Updated: | 1/21/2015 |
| E-mail: | regagentapproval@cscglobal.co | Mailing Address: | |
| County: | | | |

## Principal Information

| Title | Name | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| Director | CHARLES I PLOSSER | 9 LAUREL OAK RD, AMELIA ISLAND, FL, 32034, USA | 12/7/2017 | 1/27/2018 |
| Director | ROCHELLE LAZARUS | 636 11TH AVE, NEW YORK, NY, 10036, USA | 12/7/2017 | 1/27/2018 |
| Director | AMY L WEBBER | 1776 PLEASANT PLAIN RD, FAIRFIELD, IA, 52556, USA | 12/7/2017 | 1/27/2018 |

# Arizona Corporation Commission Corporations Division
# Website Entity Detail. http://ecorp.azcc.gov/

| Director | STEPHEN A KOHN | 7114 W JEFFERSON AVE STE 305, LAKEWOOD, 80235 | 12/7/2017 | 1/27/2018 |
|---|---|---|---|---|
| Director | STEPHEN M CUTLER | 270 PARK AVE, NEW YORK, NY, 10017, USA | 12/7/2017 | 1/27/2018 |

## Entity Known Place of Business

| Address: | 2338 W ROYAL PALM ROAD STE J, PHOENIX, AZ, 85021, USA | County: | Maricopa | Last Updated: | 3/21/2016 |
|---|---|---|---|---|---|

## Entity Principal Office Address

| Address: | 251 LITTLE FALLS DR, WILMINGTON, DE, 19808, USA | County: | Maricopa | Last Updated: | |
|---|---|---|---|---|---|