# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Capital Advisors Incorporated,<br><br>  Plaintiff,<br><br>v.<br><br>Financial Industry Regulatory Authority Incorporated,<br><br>  Defendant. | No. MC-18-00035-PHX-GMS<br><br>**ORDER** |

The Court has reviewed Claimant Scottsdale Capital Advisors, Inc.'s Response, (Doc. 12), to the Court's Order, (Doc. 11), and will take no further action with respect thereto.

**IT IS ORDERED** directing the Clerk of Court to terminate the pending Motion to Strike (Doc. 10) as being moot, and terminate this action.

Dated this 13th day of July, 2018.

_____
Honorable G. Murray Snow
United States District Judge